# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ANTONIO MORAN,** | ) | NO. LA CV 06-07134-VBF-CW |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| WILLIAM MUNIZ (Warden), | ) | |
| Respondent. | ) | |

Pursuant to the Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation of the United States Magistrate Judge, Denying the Habeas Corpus Petition, Dismissing the Action With Prejudice, Terminating and Closing the Case, and Directing the Entry of Separate Final Judgment, **final judgment is hereby entered in favor of respondent and against petitioner Antonio Moran.**

DATED: March 3, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge